FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 18 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. No.: 05-107-01 |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO DISMISS COUNT ONE OF INFORMATION |
| JEROME WILGER, | |
| Defendant. | |

Upon Motion by Plaintiff, United States of America,

IT IS HEREBY ORDERED THAT the Motion To Dismiss Count One of the Information is granted.

DATED this 18th day of May, 2005.

_____
United States Magistrate Judge